IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-180-D

BOBBY EDWARD OWENS, JR., and )
PRECISE BUILDING & GROUNDS )
MAINTENANCE CORP., )
 )
        Plaintiffs, )
 )
    v. ) **ORDER**
 )
WOODRUFF INSURANCE AGENCY, INC., )
and STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
 )
        Defendants. )

On September 22, 2017, defendants Woodruff Insurance Agency, Inc., and State Farm Mutual Automobile Insurance Company moved to dismiss plaintiffs' claim against Woodruff Insurance Agency, Inc. [D.E. 11] and filed a memorandum in support [D.E. 12]. See Fed. R. Civ. P. 12(b)(6). Plaintiffs did not respond to the motion to dismiss.

Defendants are correct. Plaintiffs have failed to state a reformation claim against Woodruff Insurance Agency, Inc. See [D.E. 12] 3–5. Thus, the court GRANTS the motion to dismiss [D.E. 11] and DISMISSES Woodruff Insurance Agency, Inc. as a defendant.

SO ORDERED. This 10 day of November 2017.

                                              JAMES C. DEVER III
                                              Chief United States District Judge