IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-180-D

| | |
|---|---|
| BOBBY EDWARD OWENS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PRECISE BUILDING AND GROUNDS ) | |
| MAINTENANCE CORP., et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff's motion to file an amended complaint [D.E. 25] is GRANTED. The amended complaint is due no later than September 28, 2018. Defendants may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). Defendant's motion for summary judgment [D.E. 26] is dismissed.

SO ORDERED. This 14 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge