IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:17-cv-180-D

| | |
|---|---|
| BOBBY EDWARD OWENS, JR. AND PRECISE BUILDING & GROUNDS MAINTENANCE, CORP., <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | **STIPULATION OF DISMISSAL** |

Plaintiffs Bobby Edward Owens, Jr. and Precise Building & Grounds Maintenance Corp. and Defendant State Farm Mutual Automobile Insurance Company, by and through counsel, stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims of Plaintiffs against Defendant are hereby dismissed with prejudice. The parties shall bear their own fees, costs and expenses.

This the 11th day of February, 2019.

| | |
|---|---|
| /s/ H. MITCHELL BAKER, III <br> NC State Bar No. 6990 <br> Attorneys for Plaintiffs <br> BAKER LAW FIRM, PLLC <br> 5725-F2 Oleander Drive <br> Wilmington, NC 28403 <br> PH: (910) 793-9400 <br> mbaker@bakerlawfirmpllc.com | /s/ SCOTT LEWIS <br> NC State Bar No. 22167 <br> SHELLEY W. COLEMAN <br> NC State Bar No. 22783 <br> Attorneys for Defendant State Farm <br> BUTLER SNOW, LLP <br> 6752 Rock Spring Road, Suite 310 <br> Wilmington, NC 28405 <br> PH: (910) 550-1320 <br> Scott.Lewis@butlersnow.com <br> Shelley.Coleman@butlersnow.com |